IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DONTAVIS OLAJUWON GRIMES,

     Appellant,

 v.
                          Case No.  5D21-3201
                          LT Case No. 05-2014-CF-034222-A

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed December 13, 2022

3.850 Appeal from the Circuit Court
for Brevard County,
Kelly J. McKibben, Judge.

Bryan D. Savy, of Bross &
Savy PLLC, West Melbourne,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., WALLIS and EDWARDS, JJ., concur.